GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABCE CASUALTY AND SURETY COMPANY, Appellant, v. ISIDOR D. MORRISON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARIE C. LOWE, Respondent, v. HENRY W. LOWE and KATHLEEN DUNNING, Also Known as KATHLEEN DUNNING LOWE, Appellants.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes for modification to the extent of granting defendants' motion to strike out the allegations of the complaint with respect to injunctive relief, and as so modified affirmed.

MERCURIO & PEPE GARAGE CORPORATION, Respondent, v. NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of EDWARD M. FRIEDMAN, Appellant, against JOHN H. DELANEY, Chairman of the Board of Transportation of THE CITY OF NEW YORK, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHARLES B. STOUDT, as Administrator, etc., of CHARLES BAKER, Deceased, Respondent, v. GUARANTY TRUST COMPANY OF NEW YORK and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROBERT S. LEVY, on Behalf of Himself and All Other Persons Similarly Situated, Appellant, v. PARAMOUNT PUBLIX CORPORATION and Others, Defendants, Impleaded with GILBERT W. KAHN and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., takes no part. [149 Misc. 129.]

THE CITY OF NEW YORK, Respondent, v. NEW YORK AND HARLEM RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

FLORENCE T. KAHNWEILER, Respondent, v. SAMUEL KATZENSTEIN, Defendant, Impleaded with CLIFFORD ARCHER FURST, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.